Howard P. Magaliff, Interim Chapter 7 Trustee
R3M LAW, LLP
437 Madison Avenue, Fl. 24
New York, NY 10022
646.453.7851

**Hearing Date: 12/10/2025 at 10:00 AM**
**Objection Deadline: 12/03/2025 at 5:00 PM**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | |
| AMBER GROUP LLC, | Chapter 7<br>Case No. 25-22923 (SHL) |
| Debtor. | |

**NOTICE OF HEARING ON INTERIM TRUSTEE'S MOTION TO DISMISS**
**THE CHAPTER 7 CASE PURSUANT TO 11 U.S.C. § 707(a)**

**PLEASE TAKE NOTICE**, that a hearing to consider the motion of Howard P. Magaliff, the interim chapter 7 trustee (the "Interim Trustee") of the debtor, Amber Group LLC (the "Debtor"), for entry of an order dismissing this chapter 7 case pursuant to 11 U.S.C. § 707(a) will be held on December 10, 2025, at 10:00 AM before the Honorable Sean H. Lane, United States Bankruptcy Judge. The hearing will be conducted virtually using Zoom for Government. Parties wishing to appear must register in advance using the Electronic Appearance portal located on the Court's website at *http://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl*.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the relief requested in the Motion must be made in writing, state with particularity the grounds therefor, conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, be filed electronically in text searchable portable document format (PDF) with the Court in accordance with General Order M-399 (General Order M-399 can be found at www.nysb.uscourts.gov, the official website for the Court), by registered users of the Court's case filing system and by all other parties in interest (with a hard-copy delivered directly to the Judge's Chambers), and be served upon: (i) R3M Law, LLP, 437 Madison Avenue, 24th Floor, New York, NY 10022 (Attn: Howard P. Magaliff, Esq.) or by email to *hmagaliff@r3mlaw.com*; and (ii) the Office of the United States Trustee for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, NY 10004 (Attn: Paul Schwartzberg, Esq.), or by email to *paul.schwartzberg@usdoj.gov*, so as to be actually received no later than December 3, 2025 at 5:00 PM.

**PLEASE TAKE FURTHER NOTICE** that only objections made in writing and timely filed and received will be considered by the Bankruptcy Court at the hearing.

Dated: New York, New York
November 12, 2025

HOWARD P. MAGALIFF, Interim Trustee
By:

/s/ Howard P. Magaliff
HOWARD P. MAGALIFF
437 Madison Avenue, Fl. 24
New York, NY 10022
646.453.7851
*hmagaliff@r3mlaw.com*

Howard P. Magaliff, Interim Chapter 7 Trustee
R3M LAW, LLP
437 Madison Avenue, Fl. 24
New York, NY 10022
646.453.7851

**Hearing Date: 12/10/2025 at 10:00 AM**
**Objection Deadline: 12/03/2025 at 5:00 PM**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 7 |
| AMBER GROUP LLC, | : | Case No. 25-22923 (SHL) |
| | : | |
| Debtor. | : | |

**INTERIM TRUSTEE'S MOTION TO DISMISS**
**THE CHAPTER 7 CASE PURSUANT TO 11 U.S.C. § 707(a)**

TO THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE:

Howard P. Magaliff, the interim chapter 7 trustee (the "Interim Trustee") of the above-captioned debtor (the "Debtor"), moves (the "Motion") for entry of an order dismissing this chapter 7 case pursuant to 11 U.S.C. § 707(a), and respectfully states:

## BACKGROUND

1. On September 29, 2025, the Debtor filed a voluntary petition (the "Petition") for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtor is a limited liability company and filed the Petition *pro se*. *See* Doc. 1.

2. Howard P. Magaliff was assigned as interim Chapter 7 Trustee.

3. Pursuant to 11 U.S.C. § 341(a), the Debtor was scheduled for examination on Ocotber 24, 2025 at 11:30 AM. (the "Meeting").

4. Neither a representative nor an attorney of the Debtor appeared at the Meeting, as required by section 343 of the Bankruptcy Code.

5. The Interim Trustee's office attempted to contact the debtor's principal multiple times but did not receive a a response.

6. To date, there is no notice of appearance by any counsel filed on behalf of the Debtor and none of the required documents have been submitted by the Debtor or received by the Interim Trustee.

## RELIEF REQUESTED

7. The Interim Trustee seeks entry of an order, substantially in the form attached hereto as Exhibit 1, dismissing this chapter 7 case pursuant to 11 U.S.C. § 707(a) and granting such other and further relief as the Court deems just and proper.

## BASIS FOR RELIEF

8. The Debtor's case should be dismissed because the Debtor has failed to comply with its duties under the Bankruptcy Code, including by failing to obtain counsel, provide schedules, statements and other required forms, and attend the section 341 meeting of creditors. Section 707(a) provides, *inter alia*, that the "court may dismiss a case under this chapter only after notice and a hearing and only for cause, including unreasonable delay by the debtor that is prejudicial to creditors …" 11 U.S.C. § 707(a). In addition to the examples of cause enumerated in § 707(a), courts must also consider whether the legitimate interests of all parties in the case being dismissed also constitutes cause for dismissal. *See Wilk Auslander LLP v. Murray (In re Murray)*, 900 F.3d 53, 58 (2d Cir. 2018). "Section 707(a) is quite broad in that it permits dismissal for cause … [and] is geared toward maintaining the integrity of the bankruptcy process." *In re Keobapha*, 279 B.R. 49,54 (Bankr. D. Conn. 2002) (quoting *In re Motaharnia*, 215 B.R. 63, 67 (C.D. Cal. 1997)).

9. It is well-settled that a corporation cannot proceed in a federal court *pro se*. *See, Jones v. Niagara Frontier Transp. Authority*, 722 F.2d 20, 22 (2d Cir. 1983); *see also*, *In*

*re Victor Publishers, Inc.*, 545 F.2d 285, 286 (1st Cir. 1976) (quoting *Brandstein v. White Lamps, Inc.*, 20 F. Supp. 369 (S.D.N.Y. 1937). The general rule is to dismiss any action or motion filed by a *pro se* corporation. *See Grace v. Bank Leumi Trust Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006); *Oberstein v. Sunpower Corp*., No. 07-CV-1155, 2008 U.S. Dist. LEXIS 16937, at *6 (E.D.N.Y. Mar. 5, 2008); *Grace v. Rosenstock*, No. 85-CV-2039, 2004 U.S. Dist. LEXIS 29654, at *20 (E.D.N.Y. Oct. 4, 2004). Such a bar on *pro se* participations extends to limited liability companies. *See In re ICLNDS Note Acquisition, LLC*, 259 B.R. 289, 294 (Bankr. N.D. Ohio 2001); *see generally*, 10 Collier on Bankruptcy ¶9010.08, p. 9010-5 (rev. 15th ed. 2008).

10. Here, cause exists to the dismiss this case because the Debtor has failed to obtain counsel, provide the required documents and other required forms, and attend the section 341 meeting of creditors.

11. Based on the foregoing, the Court should order dismissal of the Debtor's chapter 7 case pursuant to 11 U.S.C. § 707(a).

**NOTICE**

12. The Trustee has given notice of this Motion as required by Bankruptcy Rule 2002(a)(4).

**WHEREFORE**, the Trustee respectfully requests that this Court enter an order, substantially in the form annexed as Exhibit 1, dismissing this chapter 7 case and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
November 12, 2025

HOWARD P. MAGALIFF, Interim Trustee
By:

/s/ Howard P. Magaliff

437 Madison Avenue, Fl. 24
New York, NY 10022
646.453.7851
*hmagaliff@r3mlaw.com*



4891-9524-8847, v. 2

**EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 7 |
| AMBER GROUP LLC, | : | Case No. 25-22923 (SHL) |
| | : | |
| Debtor. | : | |

## TRUSTEE'S AFFIRMATION

Howard P. Magaliff, an attorney admitted to the practice law in the state of New York and the District Court for the Southern District of New York, hereby affirms, under penalty of perjury, as follows:

1. I am the interim chapter 7 Trustee of the estate of Amber Group LLC (the "Debtor").

2. This affirmation is being made in support of the *Trustee's Motion to Dismiss Chapter 7 Case Pursuant to 11 U.S.C. § 707(a).*

3. On September 29, 2025 the Debtor filed a voluntary petition (the "Petition") for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtor is a limited liability company and filed the Petition pro se. See Doc. 1.

4. Pursuant to 11 U.S.C. § 341(a), the Debtor was scheduled for examination on October 24, 2025 at 11:30 AM. (the "Meeting").

5. Neither a representative nor an attorney of the Debtor appeared at the Meeting, as required by section 343 of the Bankruptcy Code.

6. My office made multiple attempts to contact the debtor's principal multiple times but did not receive a response.

7. To date, there is no notice of appearance by any counsel filed on behalf of the Debtor and none of the required documents have been submitted by the Debtor or received by the Interim Trustee.

8. For the foregoing reasons, it is respectfully requested that this case be dismissed under 11 U.S.C. § 707(a).

Dated: New York, New York
November 12, 2025

/s/ Howard P. Magaliff
HOWARD P. MAGALIFF

**EXHIBIT 2**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 7 |
| AMBER GROUP LLC, | : | Case No. 25-22923 (SHL) |
| | : | |
| Debtor. | : | |

**ORDER DISMISSING CHAPTER 7 CASE**

Upon the motion dated November 12, 2025 (the "Motion") of Howard P. Magaliff, the interim chapter 7 trustee (the "Interim Trustee") of the above-captioned debtor (the "Debtor"), for an order dismissing this chapter 7 case pursuant to 11 U.S.C. § 707(a); and good and sufficient notice of the Motion having been given; and no objections to the Motion having been filed; and upon the record of the hearing held by the Court, and after due deliberation, the Court having found and concluded that the Interim Trustee has established sufficient cause for the dismissal of this case for the reasons stated in the Motion; and no further notice being required, it is

**ORDERED** that, pursuant to 11 U.S.C. § 707(a), this chapter 7 case is hereby dismissed.

Dated: White Plains, New York
November 12, 2025

Hon. Sean H. Lane
United States Bankruptcy Judge

**CERTIFICATE OF SERVICE**

I, Myisha Hammett, do hereby affirm under penalty of perjury, that on this 12th day of November, 2025, I served a true and correct copy of the *Interim Trustee's Motion to Dismiss the Chapter 7 Case Pursuant to 11 U.S.C. § 707(a)* via first class mail upon the persons identified on the creditor matrix maintained by the Clerk of the Bankruptcy Court in the above referenced case.

Dated: New York, New York
November 12, 2025

*/s/ Myisha Hammett*
Myisha Hammett